IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONNIE MOORE                                                                                    PLAINTIFF

v.                                              Case No. 6:15-cv-6038

SERGEANT FORD and OFFICER BELL                                                DEFENDANTS

**ORDER**

     Before the Court is the Report and Recommendation filed July 17, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends that Defendants' Motion for Summary Judgment be granted.

     The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 14) should be and hereby is **GRANTED**.

     **IT IS SO ORDERED**, this 10th day of August, 2016.

                                                         /s/ Susan O. Hickey
                                                         Susan O. Hickey
                                                         United States District Judge